**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL SHIPKOVITZ                          ]
5829 Nicholson Street                      ]
Pittsburgh, PA 15217                       ]
and ~~D.C. Mailing: c/o P.O. Box 2961~~    ]
    ~~Address     Arlington, VA 22202~~,  ]
                                           ]
       Plaintiff,                 ]
                                           ]
                                           ]
       v.                         ]     Civil Action No. _____
                                           ]
                                           ]
THE WASHINGTON POST COMPANY                 ]
(Delaware Corp.)                           ]
1150 Fifteenth Street, N.W.                ]     LIBEL, LIBEL *PER SE*
                                           ]         FALSE LIGHT
                                           ]         DEFAMATION
Washington, D.C.  20071                    ]         REPUBLICATION
Serve: Registered Agent:                   ]
                                           ]
and                                        ]
                                           ]
WP COMPANY LLC  (Its subsidiary)           ]
(same address as above)                    ]

and

BRIGID SCHULTE

      Virginia,

and

MARY CURTIUS

Arlington, Virginia                  ,

and

LOUISE DiMATTEO (MEGARGEE)
4719 Sixteenth Street North
Arlington, VA 22205                  ,

        Defendants.

Case: 1:07-cv-01053
Assigned To : Kessler, Gladys
Assign. Date : 6/14/2007
Description: PI/Malpractice

JURY ACTION

## COMPLAINT

### PARTIES

1. Plaintiff Samuel Shipkovitz, Ph.D. E.E., J.D. is a domiciliary of Pennsylvania who performed Electrical and Electronic Engineering and Patent Law (Registered Patent Attorney) services in Pennsylvania, D.C., N.Y. and other states and countries. Plaintiff is a private citizen who has never held any public office nor made any public speech or otherwise was a public figure of any sort. In fact, Plaintiff has always valued his privacy and did nothing to attract attention. Due to the lockout, conversion and theft of Plaintiff's belongings, *infra*, Plaintifff no longer has any regular residence in the D.C. area, and stays with friends when in the D.C. area.

2. Defendant The Washington Post Company (DE corp.) and subsidiary Defendant WP Company LLC have their principal offices in the District of Columbia (collectively "The Washington Post"). The torts complained of occurred in Washington, D.C.

These Defendants published false statements of fact in The Washington Post defaming Plaintiff both directly and by implication and harmed his professional reputation as well by its (1) front page article and picture on June 18, 2006, and (2) by its second article on July 27, 2006. These articles included completely fabricated "statements of fact" which were absolutely false. These articles put Plaintiff in a false light, the gist of which implied that Plaintiff had mental problems, and through its additional publication of both on its website caused Plaintiff to be, among other things, embarrassed, mortified, and humiliated before the general public, potential employers and contractors, professional colleagues, and even potential women "dates", and has suffered emotional distress. Plaintiff's professional reputation was harmed, and his reputation as a likeable stable technical and patent legal professional has been ruined., and such serious harm will also mean he will now and forward always bear the stain associated with these substantially

2

false articles due to the conduct of Defendants.

3. Defendant Brigid Schulte, domiciliary of Virginia, was the reporter of said above Defendants who wrote said articles, taking the word of Defendants DiMatteo and Curtius, conducting little investigation as to the truth of the "facts" alleged. Her article headline "Fighting To Remain Engulfed In Junk" demonstrates the actual malice or reckless disregard for the truth toward Plaintiff.

4. Defendant Mary Curtius, domiciliary of Virginia, issued a completely false press release baselessly stating, despite the long detailed written Memorandum Opinion of June 22, 2006 in U.S. District Court-Eastern District of Virginia Civil Action No. 05-1219-A that: "Every count was found to be without merit".

This false "statement of fact" was false, defamatory, put Plaintiff in a false light and harmed his professional reputation.

5. Defendant DiMatteo, domiciliary of Virginia, an Asst. County Attorney in said above action, continuously and repeatedly provided false information to said Schulte, and according to Schulte, provided the said false draft press release to Defendant Curtius, and outrageously and overzealously involved herself into Plaintiff's unrelated business and private personal life in an aggressive and outrageous campaign to destroy Plaintiff in order to win. She even criminally entered Plaintiff's apartment, cased Plaintiff's property, and assisted in the conversion and theft of Plaintiff's belongings, *infra*.

### JURISDICTION AND VENUE

6. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1332, diversity, and D.C. Code Section 13-423 and other applicable federal and D.C. Code sections. The Washington Post Company and WP Company LLC each have their principal place of business in this [Washington, D.C.] District and performed the torts complained of in this District, including internet and/or broadcasting subject to the FCC causing damage both in this District and in other states, and otherwise affecting interstate commerce.

3

This Court has venue over this matter pursuant to 28 U.S.C. 1391.

## **FACTUAL BACKGROUND**

7.  Plaintiff leased a condominium apartment in Crystal City, Arlington, Virginia, from friend Stephen Crossan, a former Patent Examiner, in December, 1996, when Crossan, a severe bipolar, was adjudged NGRI- felony arson and was committed to the Virginia State Mental Health System.  Plaintiff paid the agreed rent at all relevant times.  In 2004, Crossan began getting day passes and asked Plaintiff if he could stay at the condo's second bedroom during such passes, which Plaintiff agreed to.

This arrangement continued until October, 2005 when an Arlington social worker, Hughes, while visiting Crossan stated that she wanted certain of Plaintiff's property (office equipment, office supplies, plastic office drawers, boxes) moved out of the living room.  Plaintiff asked her if there was any urgency as he was working 60 hrs./wk. and could not get to such for several weeks.  She stated that there was no urgency.

8.  On October 20, 2005, Plaintiff, without any warning of any sort, came back from work as a contract patent attorney for a major patent/antitrust D.C. law firm at about 9:30PM to find that the lock to the door had been changed and an Arlington County placard to stay out had been posted on the door.  A violation notice claiming egress and volume issues and false claims of a nonworking sink, etal. without any cure date was also posted No search warrant had ever been issued.

9.  On the next day Plaintiff went to and met with the Arlington County Building Inspection and Fire Dept to attempt to resolve the matter, including attempting to obtain a reasonable cure date.  They refused to permit Plaintiff in to cure at all.

4

Plaintiff had been a property manager starting with his Pennsylvania Carnegie-Mellon college years, and having handled multitudes of building code violation notices knew that a "cure date" and ability to cure was constitutionally required, and that Arlington's actions were *ultra vires*. Later discovery uncovered that Arlington had done the same to at least 18 others during the previous year.

The unit had an abundance of books, including: professional books–both Electrical and Electronic Engineering books, construction books, civil engineering (his minor at C-M U.)) and architecture books, electrical, concrete, framing, carpentry, and plumbing books, Artech books, commercial HVAC books, various SWEET's construction materialsbooks, lawbooks, primarily real estate and construction law and FCC books, patent law books, computers, color and laser printers, office equipment, including a commercial copier, scanners, facsimile machines, SCSI devices, external CD discwriters and hard drives, monitors and TVs, special radios, UHF 2-way radios, office supplies, commercial electrical 3-hole punches and staplers, heavy-duty nonelectrical 3H punches and staplers, and heavy duty construction grade power tools, including HILTI hammer drills, HILTI "pop guns", electronic meters and instruments, electrical parts and special switches and devices, electrical and electronic parts, electrician tools, electronic bench tools and instruments, locksmith tools and special locks, including Arrow spinning disk deadbolt locks, DOD-grade high-security entry locks, wireless cameras/monitors, digital mechanical and electronic locks, MAJOR overknob locks, UNDOIT tools, security bolts, plumbing tools and parts, and tens of thousands of dollars of other similar construction and office items associated with Plaintiff's previously operating construction company and other enterprises, having started such during his college years, *supra*. Family property and valuables were also stolen. The estimate of value of items stolen is over $80,000.

There was no open food, waste, pet, pet matter, vegetation or wreaths, trash, or any living

5

matter associated with the disparaging term "hoarder"; nonetheless, Defendants wrongly labeled Plaintiff as such in various publications.

As stated, the Arlington officials refused to issue a cure date so that egress could conform to their demands and/or otherwise permit cure in a reasonable manner. In fact a Deputy Fire Marshall had illegally changed the locks and refused to permit entry. No statute or regulation permits such.

10. Given their outrageous conduct flagrantly violating Plaintiff's constitutional rights, Plaintiff drafted a 4th Amendment-based federal lawsuit against Arlington County and their malicious actors and filed the Complaint in the U.S. District Court for the Eastern District of Virginia, Alexandria Division, on October 24, 2005, becoming Civil Action No. 05cv1219-A, *Crossan, Shipkovitz, etal. v. County of Arlington Manager, etal.*

11. Said County officials had unlawfully and without warrant taken approximately 70 photographs of the unit. Asst. County Attorney DiMatteo , representing said County and its officials, began a campaign of outrageous conduct, including unlawful distribution of the illegally-taken photographs, threats to Plaintiff to unilaterally remove all of Plaintiff's belongings from the unit, despite owner Crossan's numerous declarations and letters provided her to let Plaintiff handle the matter and for Plaintiff to be able to remove his belongings himself.

12. DiMatteo, always raging and, at best, overzealous[1], began issuing false statements

---

[1]DiMatteo's longstanding reputation for outrageous conduct to win litigation has become known and includes in a child custody case of an Orthodox Jewish woman, Dr. Judith Plotkin (Ph.D. Chemistry, handicapped, antismoking activist), in Fairfax County , DiMatteo's hiring of a totally discredited [to substantially the entire metro-D.C. Jewish community] "rabbi" to [falsely] "testify" against Plotkin in order to take her children.

It has been recently learned that DiMatteo, in a yet-again over-the-line act has obstructed justice by interjecting herself into the Arlington Commonwealth Attorney/Arlington Police

against Plaintiff, and exceeded her attorney scope of employment ordered the Fire Dept. not to let Plaintiff into the unit and by gaining, via the Fire Dept., entry into the unit, cased Plaintiff's belongings, worth more than $100,000, in preparation of her plan with her friend Martin J.A. Yeager, friend/attorney for Crossan's brother, to steal Plaintiff's valuables, including his vast Electrical Engineering and Electronic Engineering book collection (starting from the 1960s). In late February, 2006, said unit was broken into by cutting off Plaintiff's additional lock, and Plaintiff's property was converted/removed with his belongings of value stolen by said Martin Yeager and his friend "Art Naudus"[real name not known] [Stanley T. Naudus Corp.], Yeager's friend. It is believed that DiMatteo received Plaintiff 's engineering books for the benefit of her husband, upon information and belief, a Ph.D. E.E. also and allegedly a technical book buff.

Crossan's brother, John, had learned that Stephen had lost 50% function in each of his kidneys due to State-managed medical medication overdose, and thought Plaintiff a potential obstacle to John receiving the condominium upon Stephen's passing. John orchestrated the vicious acts against Plaintiff with said Yeager and , by good coincidence for him, in conspiracy with Yeager's former Fairfax criminal defense attorney colleague DiMatteo.

13. DiMatteo unlawfully conducted an investigation of Plaintiff and contacted a former employer of Plaintiff with whom Plaintiff was in litigation with over back compensation owed. They exchanged papers which were entered into the case files to attempt to discredit Plaintiff. Never embarrassed by uncivil conduct, she sent certain documents to said former employer by labeled facsimile from her own facsimile machine, which he copied and filed which included her said FAX ID at the top of each page.

---

[Rakowski] investigation to prevent prosecution of her former colleague and friend Yeager for breaking and entering and grand larceny complained of by Plaintiff.

7

14. DiMatteo also conducted an overzealous aggressive campaign against Plaintiff to discredit him by making false statements of fact against Plaintiff to others, including to Defendant Schulte.

## COUNT I - LIBEL; LIBEL *PER SE*

### A. LIBEL

17. The Washington Post June 18, 2006 front page article contains the following false statements of fact:

[Internet version p. 1][Ex. A1]:

A. "...he works sporadically and has had long periods of unemployment"

[FALSE- Plaintiff was both self-employed as both an electronics engineer and [Registered] Patent Attorney, as well as contract Patent Attorney; and was working 12 hrs/day as such on Oct. 20, 2005 for a major patent/antitrust firm]

B. "He admits that his place was a mess."

[FALSE- never happened]

C. "Yes, he slept on top of his stuff on the floor...."

[FALSE - totally made up]

D. "...there were boxes in the bathtub."

[the bathroom had both a shower and a bathtub; the items in the bathtub all belonged to Crossan-not Plaintiff; statement falsely implies that they were Plaintiff's]

E. "The rest, from floor to ceiling was crammed with 'rubbish, debris, paper,...bags and..."

[FALSE - statement totally made up as to these items]

F. "..The kitchen was unusable."

[FALSE - kitchen was usable and used]

[Internet version p. 2][Ex. A2]:

G. "...its association with mental illness, brain dysfunction, and obsessive-compulsive

8

disorders..."

[defamation by implication]

[Internet version p. 3][Ex. A3]:

H. "After six weeks, Crossan's *family* hired a lawyer, refused to allow Shipkovitz back into the condominium and hired a ***moving company*** to haul his things to a storage facility in Fairfax County, where they still sit."

[FALSE - As stated above, only Steve's brother (not his sister or any other of Steve's relatives) was involved, he had Yeager and Yeager's friend, "Art Naudus", not a moving company, broke into the unit, which had an additional lock put on by Plaintiff locking the door which they criminally boltcut off, removed Plaintiff's property without any notice to quit or any legal filings of any sort, and criminally converted/removed all of Plaintiff's belongings which were taken to Naudus's where all of Plaintiff's belongings were gone through and anything of value stolen by Yeager/Naudus, and only the valueless was taken to said storage facility. Neither Naudus, nor his company is a moving company, but a home improvement and painting contractor. The Deputy Fire Marshall Grierson repeatedly attested that DiMatteo, not another, ordered him not to let Plaintiff into the unit]

I. "Shipkovitz's ... court filings are typed single-spaced or handwritten on 100 percent recycled paper."

[MOSTLY FALSE - Plaintiff's computers, printers, etal. were in the locked unit and as explained in the pleadings themselves, Plaintiff was staying at a friend's place who insisted on conserving his printer use, paper and printer ink; While some pleadings were single-spaced in paragraphs, only one paper was handwritten [proposed jury instructions] due to a nonextendible deadline. No pleading was on 100 pecent recycled paper– totally fabricated.]

    18. Efforts to obtain a correction of these false statements of fact took the form of Plaintiff's email to Schulte on June 20, 2006 entitled
"CORRECTION PLEASE PLEASE PLEASE"

See Ex. B attached hereto.

And also included various conversations with her asking for said corrections.

Nothing was ever done.

Calls from ABC News resulted in an issued written statement by Plaintiff. See Ex. C attached hereto.

9

19. Further calls to The Washington Post ombudsman Janice Howell with detailed messages left on her answering machine were never returned. Nothing was ever done.

As an indication of intent to defame and evidence ofactual malice or reckless disregard for the truth was the title/headline of the article:
**"FIGHTING TO REMAIN ENGULFED IN JUNK".**

Defendants knew that there was no "junk" , but rather office type items, mostly new. The

articles repeated accusation of Plaintiff being a "hoarder" which as such term is defined

(collector of pet(s), unusable items, vegetation and trash/living material) was also known to be

false.

20. The second Washington Post article of July 27, 2006 had the following false statements of fact (See Ex. D attached hereto) :

A. "Every count was found to be without merit, Arlington spokesman Mary Curtius said."

[FALSE - The Court Order and Memorandum Opinion, dated June 22, 2006, of substantial detail never said or even implied that *any* count, yet alone every count, was "found to be without merit"; The expression "without merit" was never made anywhere in the order, nor was there any "findings" even alleging or alluding lack of merit. Accusing an attorney of filing papers that are "without merit" is a serious accusation. Such never happened and thus it is a false staement of fact and defames Plaintiff in a serious personal and professional, i.e. libel *per se*, manner. Schulte informed Plaintiff that she had learned that DiMatteo had prepared this false published press release for Curtius.]

B. "...massive amount of junk in the condo--...bags, trash..."

[FALSE - There were no bags, other than merchant bags containing new non-food items, nor trash, just new office and/or electronic type items. There was no trash. See above. ]

C. "By December, Crossan's *family* had become involved, asking fire marshalls to stop letting Shipkovitz in. In February, the *family* hired a *moving company* to relocate Shipkovitz's *junk* to two storage units."

[FALSE - As stated above, only Crossan's brother John, his friend Martin J.A. Yeager, and Yeager's friend "Art Naudus", no moving company, cutoff Plaintiff's lock, broke into the doubly-locked condo unit, removed/converted Shipkovitz's belongings and stole anything of value. There was no "junk". As stated above, the Deputy Fire Marshall repeatedly stated that DiMatteo ordered him not to let Plaintiff in]

10

21. As a direct and proximate cause of the publication of these false defamatory articles containing said false statements of fact, especially their internet publications, ever available to libel Plaintiff, who as any prospective employer, would merely "GOOGLE" ( or "YAHOO" or "ALLTHEWEB" OR "DOGPILE") Plaintiff's name and find the libelous articles, would and have rejected Plaintiff for prospective employment causing him loss of employment theresince.

22. Plaintiff, having extensive education and experience documented by resume, worthy of at least a GS-15 grade position with expected earnings of at least $138,000 per year for federal employment or more for private employment, has been unemployed since publication of said article(s). Plaintiff has been compensatorily damaged in at least said amount per annum since June 18, 2006. Extensive efforts by Plaintiff to obtain suitable employment since then have had no positive results.

### B. LIBEL *PER SE*

23. Plaintiff was correctly identified in said articles as a Ph.D. Electrical Engineer and a (Registered) Patent Attorney– professional occupations. Defendants false statements of fact documented above and elsewhere defame Plaintiff in his professional capacities. Defendants have by such false publications as enumerated have caused him to suffer damage to his professional reputation.

Plaintiff is therefore entitled to recovery for libel *per se* for the harm done to Plaintiff's professional reputation.

### COUNT II (INVASION OF PRIVACY/FALSE LIGHT)

24. Plaintiff incorporates and realleges the facts and allegations set forth in the above paragraphs.

25. The false, misleading and defamatory statements published by the Defendants portray

11

the Plaintiff as an unemployed unemployable professional with "mental illness, brain dysfunction and obsessive-compulsive disorder". Additionally the illegally taken photographs have been published by DiMatteo and one in the Washington Post. At least the one in The Washington Post shows that the items were office equipment, files, fax machine, drawer files, and the like – not "trash" and other exaggerations and lies.

26. The Washington Post and its Schulte, having conducted nil investigation into the facts, relying on DiMatteo, and the other Defendants have intentionally disseminated with malice or reckless disregard for the truth their fabricated false "statements of fact" with knowledge of their false and libelous nature of the statements contained therein and/or with gross negligence or reckless disregard for the truth.

27. The publications and illegally taken photographs have invaded private citizen Plaintiff's privacy and placed him in a false light.

28. As a direct and proximate cause of the publications, Plaintiff has been, among other things, embarassed, mortified, and humiliated before the general public and his professional colleagues, and has suffered loss of professional reputation and emotional distress. His reputation has been seriously harmed, and will from then on always bear the stain of these false publications and false light.

## COUNT III (REPUBLICATION BY THIRD PARTIES)

30. Plaintiff incorporates and realleges the facts and allegations set forth in the above paragraphs.

31. Since the original publication various third parties, internet sites, internet blogs, ABC News, Washington Examiner, Arlington Sun, London (UK) Telegraph newspaper and internet site, Sydney Herald(AU) newspaper and internet site, other newspapers and their web sites, MSNBC, etal., have and are still continuing to repeat publication, either in writing or on on their internet websites, the false, misleading and defamatory statements about Plaintiff made by

12

Defendants.

32. The Defendants are liable for said republications by third parties which were reasonably foreseeable and/or the natural and probable consequences of the original publications.

Furthermore, the Defendants intended, knew or should have known that third parties would repeat and publish their false, misleading and defamatory statements.

33. As a direct and proximate cause of the publications and the foreseeable republications, the Plaintiff has been, among other things, embarrassed, mortified, and humiliated before the general public and his professional colleagues and has suffered harm to his professional reputation and been humiliated before the general public and his professional colleagues, and has suffered emotional distress.  Plaintiff's reputation and professional reputation has been seriously harmed and he will from then and thereafter always bear a stain associated with these false publications.

34. In addition to economic loss associated with loss of livelihood discussed above, Plaintiff has been unable to date, have any female relationships, due to the now standard practice of female professionals in major cities to check out potential dates on GOOGLE and other search engines such as YAHOO, ALLTHEWEB, DOGPILE, and the like, on which said articles would be easily found.  While Plaintiff does not expect the likes of Tori Spelling [until two years ago], Justine Shapiro (GlobeTrekker), Sarah Silverman or super-witty Faith Salie[2], Plaintiff, not dead yet, having long ago lowered his expectations, has, since said publications, suffered various rejections from ordinary female professionals.  This loss should also be compensable. DiMatteo[3] had the audacity and malice to state to female D.C./Virginia attorney Deborah E. Kramer that Plaintiff was "crazy" and other similar false negative descriptions.

35. These published falsehoods have also reached or believed to have reached former colleagues and friends from such places as his high school [W. Pa.'s premier academic high school], Carnegie-Mellon Univ., Case Western Reserve Univ., Cleveland State Univ. Law School [where Plaintiff taught Electrical Engineering during the day], GE, HP, Shell, Chevron, Hitachi US, US Philips, Cooper/Cameron, the wife of a federal appeals judge who went to high

---

[2][or years ago Sarah Jessica Parker, Judy Tenuta or Sherry Oshiver, or many  many years ago Hillary Revson Kurzweil, the Sarnoff twins, Jessica Gimbel Tuchman or her younger sister, "Veggie" Metzenbaum, Vivien Abrams, or Anzie Sherman [humor-intended]]

[3]This complaint as to DiMatteo is limited to the counts and facts related to defamation, libel, false light, invasion of privacy, etal.  A separate complaint against DiMatteo for her participation in the breaking/entering into Plaintiff's unit, and the conversion and theft of Plaintiff's belongings will be additionally filed in a separate action.

school with Plaintiff and whose grandparents were friends, a former V.P. of a major computer company who went to high school with Plaintiff, the General Partner of a major D.C. environmental and power law firm who went to high school with Plaintiff, various friends of his family including various medical and pharmaceutical persons, various attorneys, and other persons who held Plaintiff in high regard prior to these publications.   This diminution in reputation and avoidance of Plaintiff was caused by the false publications, and these should be additionally compensated for by an additional award to Plaintiff.

WHEREFORE, Plaintiff Samuel Shipkovitz respectfully requests the following relief from Defendants:

1. General, special, compensatory and punitive damages in such amounts to be proven at trial, but certainly greater than ([number of months since June 18, 2006] x [$138,000/12]).  As much of such was caused and continues to be caused by the outrageous conduct of Defendant DiMatteo, punitive damages of at least $1.5 Million need be adjudged against her.
 Damages for libel *per se* should be additionally awarded.

2. A public retraction and apology.

3. An injunction prohibiting future publications in any form, including by internet.

4. Plaintiff's costs of suit and reasonable attorney's fees., and

5. Any future and additional relief which the Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY.**

Dated:  June 11,  2007

Respectfully submitted,

Samuel Shipkovitz, Ph.D., J.D.
Plaintiff *pro se*
5829 Nicholson Street
Pittsburgh, PA 15217,
And
D.C. Mailing:  c/o P.O. Box 2961
Address        Arlington, VA 22202
               703.582.1580 tempcel
Plaintiff *pro se*

d12

NOTE TO THE CLERK AND ALL CONCERNED:
Due to the plight of the Plaintiff described above, serious medical conditions, and associated unpredictability of location, please send copies of all papers for Plaintiff to BOTH addresses.

14

Fighting to Remain Engulfed in Junk

**washingtonpost.com**     Hello bogus     **The Washington Post**
Change Preferences | Sign Out     Print Edition | Subscribe

It's time you caught a home buying break...
4.99% interest rate • 100% financing • All closing costs paid
Plus additional savings!
Click here to visit our communities!
RYLAND HOMES
Advertisement

NEWS   OPINIONS   SPORTS   ARTS & LIVING   DISCUSSIONS   PHOTOS & VIDEO   CITY GUIDE     CLASSIFIEDS   JOBS   CARS   REAL ESTATE     Shopping Deals

SEARCH: [         ] go ⊙ News ○ Web results by Google™ | Search Archives

washingtonpost.com > Metro > Virginia

Print This Article
E-Mail This Article
Subscribe to The Post


Advertisement
HP
invent

**MOST VIEWED ARTICLES**
Metro    On the Site
Updated 5:15 p.m. ET
- Kurdish Defendants Find Support in Town's Clasp
- Fighting to Remain Engulfed in Junk
- Region's Job Growth a Centrifugal Force
- At Six Flags, the Don'ts of Dos
- Loudoun Father Learns What He Lost as a Son

**RSS NEWS FEEDS**
Top News
Metro
What is RSS? | All RSS Feeds

**E-MAIL NEWSLETTERS**
View a Sample and Sign Up
Today's Headlines & Columnists
Breaking News Alerts
Manage Your Newsletters

# Fighting to Remain Engulfed in Junk

## As Task Forces Move In, Hoarders Strike Back in Court

By Brigid Schulte
Washington Post Staff Writer
Sunday, June 18, 2006; Page A01

Sam Shipkovitz came home late one evening to the swank Waterford House high-rise condominium building on Crystal Drive, where he'd lived for eight years, to find the door to his unit bolted shut. A bright yellow fire marshal's condemnation placard was fastened over the peephole: "Unfit for Human Habitation."

That was in October. He hasn't lived there since.

Four days after he was locked out of Unit 314, Shipkovitz filed suit against Arlington County officials in federal court claiming that the eviction violated his civil rights. It was among the first suits of its kind. "So I have five printers. . . . So I have piles of books, piles of newspapers," Shipkovitz said. "This is America. There's no such thing as the neatness police."

But there is a newly reconstituted hoarding task force in Arlington. And in an increasingly dense urban environment, officials say, there is simply no room for what may have been overlooked in the past as eccentric collecting.

These days, task force members say, public safety has to trump civil rights. The conflict will be decided by the courts, as hoarding task forces become more aggressive and people such as Shipkovitz fight back.

Shipkovitz is a patent attorney, though he works sporadically

Advertisement


Sam Shipkovitz's living room on the day he was evicted. He filed suit against Arlington County officials claiming that the eviction violated his civil rights. (Arlington County Fire Department)

VIDEO | Hoarders Beware

BLOG

The Washington Post's Richmond bureau blogs on legislative tidbits, transition speculation and political news nuggets.
The Richmond Report

» Virginia Politics Full Coverage

**WHO'S BLOGGING?**
Read what bloggers are saying about this article.
oldnumberseven
Power Tools

Up to 35% Off select PCs + FREE Wireless Router & Accidental Damage Protection Next Gen DVD.
» CLICK FOR DETAILS

**TOP JOBS FROM LOCAL EMPLOYERS**
Driver / ABITIBI RECYCLING
Deputy Director Of Finance / CITY OF RICHMOND DEPARTMENT OF FINANCE
Real Estate Agents / CENTURY 21 NEW MILLENNIUM
Education / CHARLES E. SMITH JEWISH DAY SCHOOL
Supervisors / Coordinators / CSAAC
All Top Jobs

**FEATURED ADVERTISER LINKS**
Refinance Rates As Low As 2.9% - FREE QUOTES!
$200,000 loan for $917/mo. Bad credit OK
For College Graduates, Reduce Your Student Loans
Barbra Streisand Tickets, Tim McGraw Tickets w/ Faith Hill, NASCAR Tickets, Eric Clapton Tickets
ReNu, Celexa, Car Accident, Vioxx, Bextra
$145,000 Mortgage for Under $484/Month!
Promotional Pens, T-shirts, Custom Hats
Cool Gadgets, Great Deals. Visit CircuitCity.com
Get Free Checking with direct deposit

Ex A1

07 1053
FILED
JUN 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fighting to Remain Engulfed in Junk

and has had long periods of unemployment. He also has a doctorate in electrical engineering; his dissertation was titled "Automated Pattern Recognition of Irradiated Chromosomes." He admits that his place was a mess. Yes, he slept on top of his stuff on the floor under a blanket decorated with racing cars. And yes, there were boxes in the bathtub.

Full List of Blogs (2 links) »

Most Blogged About Articles
On washingtonpost.com | On the web

POWERED BY
Technorati

SAVE & SHARE

Tag This Article

▶ Saving options
Powered by Del.icio.us

But county officials saw something far more extreme.

Only a 15-inch path ran through the two-bedroom condominium Shipkovitz shared with a roommate, county officials wrote in court papers. The rest, from floor to ceiling, was crammed with "rubbish, debris, paper, boxes, bags and all manner of containers."

The closets were jammed with heavy power tools -- Shipkovitz said he used to run a construction business on the side. The bumper of an old Mustang, its steering wheel and one of its bucket seats lay in the living room. Those belonged to his roommate, he said. The kitchen was unusable: The floor and counters were covered with legal documents from one of his cases. "If one were to actually use the stove or oven," the county wrote, "it would certainly [engulf] the unit in flames."

Capt. Tom Polera, Arlington's assistant fire marshal and a member of the task force, is not concerned about neatness. He cares about whether firefighters and paramedics can get into a home such as Shipkovitz's and then, more importantly, get out.

In the past year and a half, Arlington's hoarding task force has dealt with 34 cases. And, according to court documents, it has locked 18 people out of their homes. The properties of 10 suspected hoarders await Polera's inspection.

"There's a fine line between someone's freedom, the whole 'king of your own castle' thing, and when they're jeopardizing the safety of themselves and others," Polera said. "There's no doubt in my mind we would either injure or kill a number of firefighters."

CONTINUED    1  2  3  Next >

Print This Article        E-Mail This Article        Permission to Republish

© 2006 The Washington Post Company

Ads by Google

2505 N. Kensington
3BR/2.5BA Pristine Colonial Must see, Many updates!
www.rentsatheliteam.com

Arlington County VA Homes
Gain Access to All Active Listings of Homes in Arlington County, VA
www.nvfh.com

Renaissance Turtle Creek
Luxury Condominium Just minutes from downtown Dallas
www.renaissanceonturtlecreek.com

SEARCH: [                              ]  go  ● News  ○ Web results by Google

**washingtonpost.com**    Hello bogus
Change Preferences | Sign Out

**The Washington Post**
Print Edition | Subscribe


It's time you caught a home buying break...
4.99% interest rate • 100% financing • All closing costs paid
Plus additional savings!
See sales associates for details

Click here to visit our communities!

**RYLAND HOMES**

NEWS | OPINIONS | SPORTS | ARTS & LIVING | DISCUSSIONS | PHOTOS & VIDEO | CITY GUIDE | CLASSIFIEDS • JOBS • CARS • REAL ESTATE    Shopping Deals

SEARCH:          GO ⊙ News ○ Web results by Google™  | Search Archives

washingtonpost.com > Metro > Virginia

Print This Article
E-Mail This Article
Subscribe to The Post

Page 2 of 3   < Back     Next >

## Fighting to Remain Engulfed in Junk

Advertisement



**MOST VIEWED ARTICLES**
Metro    On the Site
Updated 5:15 p.m. ET
- Kurdish Defendants Find Support in Town's Class
- Fighting to Remain Engulfed in Junk
- Region's Job Growth a Centrifugal Force
- At Six Flags, the Don'ts of Dog
- Loudoun Father Learns What He Lost as a Son

**RSS NEWS FEEDS**
Top News
Metro
What is RSS? | All RSS Feeds

**E-MAIL NEWSLETTERS**
View a Sample and Sign Up
Today's Headlines & Columnists
Breaking News Alerts
Manage Your Newsletters

Local officials have been struggling with the issue as they find that compulsive hoarders are everywhere. Hoarding task forces are springing up in increasingly crowded jurisdictions throughout the country.

In New York recently, a man was trapped in his apartment for two days after piles of paper fell on him. In Maryland, a woman's children were taken away because her house was packed. In Arlington last year, officials estimate, five fires were associated with hoarding. And in Alexandria, a hoarder died in 2004 when his cigarette ignited piles of trash.

Shipkovitz lived in a building with 68 units on 18 floors.

"We take a more aggressive approach in multi-family settings," said Rob Dejter, a Montgomery County code enforcement official and part of the county's Working Group on Hoarding. "Someone out on a two-acre parcel is very different from someone in a condominium, rental apartment or townhouse who has rotting meat, roaches, organic waste, mice, rats and bacteria that can become airborne."

The hoarders found by the task forces include lawyers, doctors, professors, government officials. They feel compelled to acquire stuff and are unable to organize it and incapable of throwing anything away.

Though researchers have just begun to study this behavior and its association with mental illness, brain dysfunction and obsessive-compulsive disorders, they estimate that 1.4 million Americans -- and

⊞ Enlarge This Photo



Sam Shipkovitz's living room on the day he was evicted. He filed suit against Arlington County officials claiming that the eviction violated his civil rights. (Arlington County Fire Department)

VIDEO | Hoarders Beware

BLOG

The Washington Post's Richmond bureau blogs on legislative tidbits, transition speculation and political news nuggets.
**The Richmond Report**

» Virginia Politics Full Coverage

**WHO'S BLOGGING?**

Read what bloggers are saying about this article.

Advertisement

$299/month

TOP JOBS FROM LOCAL EMPLOYERS

Software/Hardware Design Developers / NATIONAL SECURITY AGENCY

Radiologic Technologist / HEALTHTRONICS

Project Assistant/Receptionist / KELLEN COMPANY

Executive Director / CONFIDENTIAL LISTING

HR Generalist / ALLTECH INTERNATIONAL

All Top Jobs

FEATURED ADVERTISER LINKS

Refinance Rates As Low As 2.8% - FREE QUOTES!

$200,000 loan for $917/mo. Bad credit OK

For College Graduates, Reduce Your Student Loans

Barbra Streisand Tickets, Tim McGraw Tickets w/ Faith Hill, NASCAR Tickets, Eric Clapton Tickets

ReNu, Celexa, Car Accident, Vioxx, Bextra

$145,000 Mortgage for Under $484/Month!

Promotional Pens, T-shirts, Custom Hats

Cool Gadgets, Great Deals, Visit CircuitCity.com

Get Free Checking with direct deposit

Ex. A2

that might be a gross underestimation -- cannot stop themselves.

In the past, hoarders were rarely found out. They were discovered only if someone complained to authorities. The officials who investigated had few options. "All we could do was put people on the street," said Mike Conner, former chief fire marshal in Alexandria.

When Alexandria sheriff's deputies wheeled a wailing 83-year-old hoarder out of her apartment in an office chair in 1997 and dumped her and 40 years' worth of newspapers on the side of the street, Conner figured there had to be a better way. So he enlisted fire and building code inspectors and mental health, geriatric and social workers into a task force.

Once members began sharing information, they discovered that there were far more hoarders than they thought. Then, last year, news broke of Ruth Kneuven, the "cat lady" who hoarded nearly 500 living and dead cats, and hoarding complaints in the Washington region went through the roof.

Shipkovitz, who had moved into his friend Steve Crossan's condominium in December 1996, was turned in by a social worker visiting Crossan who called the fire department.

Most task forces try to work with hoarders, though the help is often refused. So, many hoarders are evicted.

In some instances, task force members give hoarders time to clean up. But in cases in which they deem the danger imminent, such as in Shipkovitz's, they immediately lock the doors, condemn the property, cut the utilities and evict the hoarder. Residents, some of whom decamp to hotels, shelters, friends' houses or their cars, can generally return during daylight hours to dig themselves out. But they cannot sleep there.

< Back  1  2  3  Next >

Print This Article      E-Mail This Article      Permission to Republish

© 2006 The Washington Post Company

Ads by Google

Helicopter to JFK
12 times a day, 8 minutes, 0 hassle land on secure side of terminal 9!
www.FlyUSH.com

SEARCH: _____  go  ⦿ News  ○ Web results by Google

NEWS | OPINIONS | SPORTS | ARTS & LIVING    Discussions | Photos & Video | City Guide    CLASSIFIEDS | JOBS | CARS | REAL ESTATE

washingtonpost.com: Help | Contact Us | About Us | Advertise With Us | Site Index | Site Map | Make Us Your Homepage | mywashingtonpost.com | Work at washingtonpost.com
The Washington Post: Subscribe | Subscriber Services | Advertise | Electronic Edition | Online Photo Store | The Washington Post Store | About The Post
The Washington Post Company: Information and Other Post Co. Websites

© Copyright 1996-2006 The Washington Post Company | User Agreement and Privacy Policy | Rights and Permissions

Fighting to Remain Engulfed in Junk

06/18/2006 05:37 PM



washingtonpost.com    Hello bogus    **The Washington Post**
Change Preferences | Sign Out    Print Edition | Subscribe

It's time you caught a home buying break...
4.99% interest rate • 100% financing • All closing costs paid
Plus additional savings!
See sales counselor for details.

Click here to visit
our communities!
RYLAND HOMES

NEWS  OPINIONS  SPORTS  ARTS & LIVING  DISCUSSIONS  PHOTOS & VIDEO  CITY GUIDE  CLASSIFIEDS  JOBS  CARS  REAL ESTATE    Shopping Deals

SEARCH:    go  ⊙ News  ○ Web results by Google™  | Search Archives

washingtonpost.com > Metro > Virginia

Print This Article
E-Mail This Article
Subscribe to The Post

Advertisement

[HP invent]

MOST VIEWED ARTICLES
Metro    On the Site
Updated 5:30 p.m. ET
· Kurdish Defendants Find
  Support in Town's Class
· Fighting to Remain Engulfed
  in Junk
· Region's Job Growth a
  Centrifugal Force
· At Six Flags, the Don'ts of
  Dos
· Loudoun Father Learns
  What He Lost as a Son

RSS NEWS FEEDS
Top News
Metro
What is RSS? | All RSS
Feeds

E-MAIL NEWSLETTERS
View a Sample and Sign Up
Today's Headlines &
Columnists
Breaking News Alerts
Manage Your Newsletters

Page 3 of 3  < Back

## Fighting to Remain Engulfed in Junk

Arlington fire inspectors opened the condominium once a week for up to five hours to allow Shipkovitz to clean up. Progress was slow. After six weeks, Crossan's family hired a lawyer, refused to allow Shipkovitz back into the condominium and hired a moving company to haul his things to a storage facility in Fairfax County, where they still sit.

"As long as we see progress, we work with them," said Pat Walker, an Alexandria Fire Department inspector and member of the hoarding task force. "If not, that's when we get firm. Sometimes we have to give them an hour to get out. It's all on a case-by-case basis."

That, legal scholars say, is a problem. Deciding who gets evicted and when is a subjective call. And that could lead to inconsistent enforcement, which is a civil rights violation.

"What constitutes unlawful messiness as opposed to acceptable messiness is very much in the eye of the beholder," said Jonathan Turley, a constitutional law scholar at George Washington University. "If you end up with a Felix Unger inspector, most every college student would be declared a hoarder."

Henry St. John Fitzgerald, former assistant U.S. attorney in Virginia and a friend of Shipkovitz's, is rallying advocates of private property rights to his cause. "Sam Shipkovitz is a hoarder. . . . But that's not the county's business," he said. "Locking him out -- that's government interference."

Fairfax County Supervisor

⊞ Enlarge This Photo



Sam Shipkovitz's living room on the day he was evicted. He filed suit against Arlington County officials claiming that the eviction violated his civil rights. (Arlington County Fire Department)

VIDEO | Hoarders Beware

BLOG

The Washington Post's Richmond bureau blogs on legislative tidbits, transition speculation and political news nuggets.
The Richmond Report

» Virginia Politics Full Coverage

WHO'S BLOGGING?

Read what bloggers are saying about this article

Advertisement

And Get a FREE Wireless Card

TOP JOBS FROM LOCAL EMPLOYERS

Education / CHARLES E. SMITH JEWISH DAY SCHOOL

Clinical Liason - Nursing / THE SPECIALTY HOSPITAL OF
WASHINGTON

Estimator / W.M. SCHLOSSER CO. INC

Sales / Marketing / BROADCAST INTERVIEW SOURCE

Commercial Construction / J CROWDER CORP

All Top Jobs

FEATURED ADVERTISER LINKS

Refinance Rates As Low As 2.9% - FREE QUOTES!

$200,000 loan for $917/mo. Bad credit OK

For College Graduates, Reduce Your Student Loans

Barbra Streisand Tickets, Tim McGraw Tickets w/ Faith Hill,
NASCAR Tickets, Eric Clapton Tickets

ReNu, Celexa, Car Accident, Vioxx, Bextra

$145,000 Mortgage for Under $484/Month!

Promotional Pens, T-shirts, Custom Hats

Cool Gadgets, Great Deals, Visit CircuitCity.com

Get Free Checking with direct deposit

Ex. A3

Penelope A. Gross (D-Mason) has pushed the Metropolitan Washington Council of Governments to devise a regional hoarding plan. She concedes that lockouts and forced cleanups are intrusive. "This is still evolving," she said. "And it's a whole lot better than leaving it alone like it used to be, where people would die in their hoarding houses because nobody knew."

oldnumberseven
Power Tools
 Full List of Blogs (2 links) »

Most Blogged About Articles
 On washingtonpost.com | On the web

 POWERED BY
 Technorati

SAVE & SHARE
Tag This Article
▶ Saving options
 Powered by Del.icio.us

Shipkovitz's court filings are typed single-space or handwritten on 100 percent recycled paper. In brackets, he writes asides such as "Presently staying in moldy basement apartment -- have to fight cat for a sofa to sleep on."

Crossan lives alone in the cleaned-out condominium, able to sit for the first time in a chair in the living room with a clear view of the pool. "It feels empty," he said.

On a recent balmy evening, during a visit to his storage unit, Shipkovitz passed a Super Dollar Store on Columbia Pike and had to stop. He needed a 25-foot telephone cord. He bought three. And an electric shaver. And reading glasses. And tools. And a jar of pickles.

"Hoarding again," he said.

< **Back**  1  2  3

Print This Article     E-Mail This Article     Permission to Republish

© 2006 The Washington Post Company

Ads by Google

Lake Hartwell & Keowee
Search Real Estate 3 Easy Ways Free Info Packets & Lake Maps
hartwell-keowee.com

SEARCH: _____  go  ⦿ News  ◯ Web results by Google™

NEWS · OPINIONS | SPORTS | ARTS & LIVING    Discussions · Photos & Video · City Guide    CLASSIFIEDS | JOBS | CARS | REAL ESTATE

washingtonpost.com: Help | Contact Us | About Us | Advertise With Us | Site Index | Site Map | Make Us Your Homepage | mywashingtonpost.com | Work at washingtonpost.com
The Washington Post: Subscribe | Subscriber Services | Advertise | Electronic Edition | Online Photo Store | The Washington Post Store | About The Post
The Washington Post Company: Information and Other Post Co. Websites

© Copyright 1996-2006 The Washington Post Company  | User Agreement and Privacy Policy  | Rights and Permissions

Reminder: AOL will never ask you to send us your password or credit card number in an email.    This message has been scanned for known viruses.

**From:**  samspatusa@aol.com

**To:**  schulteb@washpost.com,  hstjf1@aol.com

**Cc:**  kendallevans@hotmail.com

**Subject:**  CORRECTION PLEASE PLEASE PLEASE

**Date:**  Tue, 20 Jun 2006 8:57 AM

---

TO: The Washington Post; ATTN: Bridget Schulte schulteb @ washpost.com
CC: Hstjf1 @ aol.com
FROM: Sam Shipkovitz, samspatusa@aol.com
Date: June 19, 2006
RE: Correction Request v.2

Bridget,

I was just called by friends who read the article and I found it on your website. Certain statements are incorrect and damaging, so please have a correction issued. Thank you.

1. On the day of the lockout, Oct. 20, 2006, I was fully employed as a contract attorney for a major D.C. law firm. I was terminated the next week because of the time taken off dealing with Arlington and preparing and filing the case. I also thereafter was there extensive unemployment. I also had a number of private clients of my own. I have brought several inventors through the business startup and small business SEC procedures (A,D, etal.). I was one of noted inventor Jerry Lemelson (over 500 patents) many attorneys. I represented Ram Nayar in his energy generation efficiency patents and business, and co-Plaintiff Tony Sabo in his construction trades patents and businesses, and others. I had taken many of the business law courses in law school, such as corporations, securities law, corporate and partnership tax, investment management law, real estate development and financing, besides patent law.
2. When I moved in in December, 1996, Steve Crossan had been adjudged NGRI of felony arson and was committed to the Virginia State Mental Health System. An executed lease was signed by both and later an option for sale of the unit to myself was executed by Steve. I had planned to move to upper NW D.C. at the time -- in the Fessenden-Sears neighborhood. I was there living in the unit alone for many years while Steve was in the "bin". Steve only began staying there as he was given passes from the Va State Mental Health Institute starting in late 2003. I was the paying tenant and he, as a friend since 1990, was permitted to be in the second bedroom as my guest when there on these passes.
3. The locks had been changed by the Arlington Fire Dept. Only they had the new key, and were responsible for my property. They wrongfully opened the door to Steve's brother's colleague and permitted the removal of my property. . Steve's brother, not his family, and Steve's brother's colleague, not Steve, without filing any eviction case or even notice to quit, criminally converted my property, and when the storage unit was located and it was determined that the storage company manager had a key --and before the doors were opened, the Fairfax Police were called and observed the opening. Many items were obviously missing. A law suit against Steve's brother and his agent will follow.
4. While the County stated that there was garbage, trash, debris, rubbish, food, this was totally false. There were only new items, mostly in merchant bags put into stacked modular drawers. Books were mostly in boxes, although some which were being used were on the floor.
5. The blanket was over a Tempurpedeic-clone memory foam firm mattress, and nothing was below it, i.e. there were no items under, over or in any way involved.
6. The stove was never used as Steve had his arson plea. Only the microwave and the refrigerator were used. I never used a stove anyway.
7. The photo is a good summary of the condition, i.e. it looked like the back room of a major law firm such as JonesDay or the like. Multiple computers, books, office equipment, electronics, office supplies, and construction equipment and supplies. There was no food, waste, animals, rubbish, piles of newspapers, trash, debris, etc..
8. The papers filed were single spaced due to the requirements of the owner of the computer who wished to minimize his ink and paper--[mine were locked up in the unit]. Only one paper was turned in handwritten due to the quick deadline.. None were on recycled paper.
9. All bathrooms had a shower and a bathtub. The boxes were Steve's, not mine. You implied they were mine. That is untrue. About one-third of the "clutter" was Steve's.
10. You also failed to say that when they locked us out, Steve was re-committed back to the state mental health system.

Its hard enough to get a job these days due to age discrimination. I do not wish to be perceived as a total slob and/or nut when all I had was non-food office/electronics new goods, engineering and law books, and multiple stacks of filled storage drawers and boxes. And I was fully employed on the day of the raid. One of my high school friends who called, who just retired as an FDA executive, said that due to the slant of the article in his view, that I was being projected as a nut, a "pathetic

EX. B

**FILED**

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK

6/1/2007 5:37 PM

07 1053

nut as compared to a sympathetic victim, that I will never get another job in this area. He also stated that the article would negatively be in the minds of prospective jurors. It might cause friends to shy away. Please make the above corrections. Your assistance is hereby solicited and would be greatly appreciated.
   Thank you in this matter.

Sam Shipkovitz

_____
Check out AOL.com today. Breaking news, video search, pictures, email and IM. All on demand. Always Free.

Reminder: AOL will never ask you to send us your password or credit card number in an email.    This message has been scanned for known viruses.

From:    ⬛⬛⬛⬛@aol.com

To:    kendallevans@hotmail.com

Cc:    ⬛⬛⬛⬛@aol.com,  hstjf1@aol.com

Subject:    STATEMENT OF SAM SHIPKOVITZ JUNE 22, 2006

Date:    Thu, 22 Jun 2006 1:46 PM

TO: ABC; ATTN: Kendall Evans kendallevans@hotmail.com
CC: Hstjf1 @ aol.com, ⬛⬛⬛⬛@aol.com
FROM: Sam Shipkovitz, ⬛⬛⬛⬛@aol.com
Date: June 22, 2006

STATEMENT

FIRST, TO CORRECT CERTAIN PERSONAL MISSTATEMENTS IN THE ARTICLE
1. ON THE DAY OF THE LOCKOUT, OCT. 20, 2006, I WAS FULLY EMPLOYED AS A CONTRACT ATTORNEY FOR A MAJOR D.C. LAW FIRM WORKING ON A MAJOR PATENT INFRINGEMENT LITIGATION. I ALSO HAVE MY OWN PRIVATE PRACTICE.

2. I RENTED THE CONDO FROM A FORMER PATENT EXAMINER FRIEND WHO HAD JUST BEEN COMMITTED TO THE VIRGINIA MENTAL HEALTH SYSTEM -NGRI FOR FELONY ARSON. THE DEAL WAS A WRITTEN LEASE WITH AN OPTION TO PURCHASE.  I WAS ALONE UNTIL RECENTLY WHEN HE STARTED GETTING PASSES AND I, AS A FRIEND, ALLOWED HIM TO STAY THERE IN THE SECOND BEDROOM AS MY GUEST. I WOULD NEVER HAVE MOVED IN WITHOUT A LEASE AND AN OPTION TO PURCHASE.

3. NEITHER STEVE NOR STEVE'S FAMILY WAS INVOLVED --ONLY HIS BROTHER, WHOSE LAWYER NEVER FILED ANY COURT PAPERS OF ANY SORT, BUT SNEAKILY CAME AND MOVED MY STUFF WHEN I WAS AWAY. AS AN UNLAWFUL EVICTION AND CONVERSION OF MY PROPERTY, FURTHER LEGAL ACTION AGAINST THEM WILL FOLLOW.

4. WHILE THE COUNTY STATED THAT THERE WAS GARBAGE, TRASH, DEBRIS, RUBBISH, FOOD, THIS WAS TOTALLY FALSE. THERE WERE ONLY NEW ITEMS, MOSTLY IN MERCHANT BAGS PUT INTO STACKED MODULAR DRAWERS. BOOKS WERE MOSTLY IN BOXES, ALTHOUGH SOME WHICH WERE BEING USED WERE ON THE FLOOR.

5. THE BLANKET WAS OVER A TEMPURPEDEIC-CLONE MEMORY FOAM FIRM MATTRESS DUE TO SCIATICA, AND NOTHING WAS BELOW IT, I.E. THERE WERE NO ITEMS UNDER, OVER OR IN ANY WAY INVOLVED.
6. THE STOVE WAS NEVER USED AS STEVE HAD HIS ARSON PLEA. ONLY THE MICROWAVE AND THE REFRIGERATOR WERE USED. I NEVER USED A STOVE ANYWAY. All bathrooms had a shower and a bathtub. The boxes were Steve's, not mine. the article implied they were mine. That is untrue. About one-third of the "clutter" was Steve's.
The article also failed to say that when Arlington changed the locks, Steve was re-committed by his social worker back to the state mental health system. When I got locked out without notice, I stayed at a carpenter-friend's who was kind enough to let me in under the circumstances. He does have an attack cat.

7. THE PHOTO IS A GOOD SUMMARY OF THE CONDITION, I.E. IT LOOKED LIKE THE BACK ROOM OF A MAJOR LAW FIRM SUCH AS JONESDAY OR THE LIKE. MULTIPLE COMPUTERS, BOOKS, OFFICE EQUIPMENT, ELECTRONICS, OFFICE SUPPLIES, AND CONSTRUCTION EQUIPMENT AND SUPPLIES. THERE WAS NO FOOD, WASTE, ANIMALS, RUBBISH, PILES OF NEWSPAPERS, TRASH, DEBRIS, ETC..

8. THE PAPERS FILED WERE SINGLE SPACED DUE TO THE REQUIREMENTS OF THE OWNER OF THE COMPUTER WHO WISHED TO MINIMIZE HIS INK AND PAPER--[MINE WERE LOCKED UP IN THE UNIT]. ONLY ONE PAPER WAS TURNED IN HANDWRITTEN DUE TO THE QUICK DEADLINE.. NONE WERE ON RECYCLED PAPER.

ATTORNEY HENRY S. FITZGERALD, who was the #2 at the Office of U.S. Attorney for the Eastern District of Virginia many years ago, 703/587-3046, is more eloquent and able to participate in your requested phone interview.

THANK YOU IN THIS MATTER.

SAM SHIPKOVITZ

07 1053
FILED

JUN 1 4 2007

Check out AOL.com today. Breaking news, video search, pictures, email and IM. All on demand. Always Free.

EX. C

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
6/1/2007 5:42 PM

Case 1:07-cv-01053-RCL    Document 1-2    Filed 06/14/2007    Page 1 of 3



**washingtonpost.com**    Hello samapatusa    **The Washington Post**
Change Preferences | Sign Out    Print Edition | Subscribe


PNC
LEADING THE WAY.

NEWS | POLITICS | OPINIONS | LOCAL | SPORTS | ARTS & LIVING | CITY GUIDE    JOBS | CARS | REAL ESTATE | RENTALS | CLASSIFIEDS

SEARCH: Try Our New Search    washingtonpost.com    Web | Results by Google | Search Archives

washingtonpost.com > Metro > Virginia > Arlington

Print This Article

E-Mail This Article

Subscribe to The Post

**MOST VIEWED ARTICLES**
Updated 7:15 p.m. ET
On the Site:
• Loudoun Official Tried To Capitalize On Contacts
• Go Ahead, Chuckle
• Woman Injures

**E-MAIL NEWSLETTERS**

View a Sample and Sign Up

Today's Headlines & Columnists

Breaking News Alerts

Manage Your Newsletters

ARLINGTON LAWSUIT

## Hoarder's Eviction Didn't Violate Rights, Judge Rules

*By Brigid Schulte*
Washington Post Staff Writer
Thursday, July 27, 2006; Page B05

Sam Shipkovitz first railed against what he called Arlington's "neatness police" when officers declared his condo a fire hazard because it was crammed with too much of his stuff. They locked him out. So he sued the Arlington County hoarding task force in federal court, saying his civil rights were violated.

Now, a federal judge has dismissed his case.

County officials, stung by the publicity Shipkovitz's hoarding case generated, hailed the decision. "Every count was found to be without merit," Arlington spokeswoman Mary Curtius said.




Hoarders Beware

► START VIDEO

The case was always a little unusual.

It all started in 1996. That's when Shipkovitz, who has a PhD in electrical engineering as well as a law degree and was working as a patent lawyer, moved into the Crystal City condominium owned by his friend Stephen Crossan. Crossan, who worked as a patent examiner, had just been found not guilty by reason of insanity of an arson charge and was committed to a state mental institution.

He was released in 2004 and came back to the condo to live with Shipkovitz. Mental health workers visited Crossan daily. It was one of those workers who in October became alarmed at the massive amount of junk in the condo -- paper, boxes, bags, newspapers, trash -- and called the fire marshal.

In his lawsuit, Shipkovitz contended that when the fire inspectors showed up Oct. 20, they were trespassing. Shipkovitz wrote that Crossan had opened the door only for the mental health social worker and didn't realize what was happening.

Advertisement

PNC
LEADING THE WAY.

It's your business, and PNC is here to help it succeed with:

◉ Merchant Services
◉ Cash Flow Solutions
◉ Business Checking
◉ Remote Deposit

Merchant Services provided by PNC Merchant Services Company. Subject to credit approval.

PNC Bank, Member FDIC.

Click here to learn more »

**WHO'S BLOGGING?**

Read what bloggers are saying about this article.

Moving Company Reviews

Backstage at Newza da Weird

Yahool 360?? - SingleAries72's Profile

Most Blogged About Articles

POWERED BY
Technorati

SAVE & SHARE ARTICLE    What's This?

Digg    Google
del.icio.us    Yahoo!
Reddit    Facebook

Advertisement
welcome to the human network    cisco.

**TOP JOBS ON WASHINGTONPOST COM**

**Development Specialist** / WRTC

**Teachers** / THE BERMAN HEBREW ACADEMY

**Earn $1400 BiWeekly Working from home** / DOCOMO FINANCE SERVICES

**Acquisition & Contracting-Sub't Matter Expert** / MANAGEMENT CONCEPTS

**Hotel Postions** / WESTIN OF ANNAPOLIS

**All Top Jobs**

07 1053
FILED

JUN 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Ex. D

1 of 3    6/1/2007 7:38 PM

"They didn't have a warrant. My room had 'No Trespassing' signs," Shipkovitz said. "So even if they had permission, which they didn't, they didn't have any permission to go into my bedroom."

The county countered that Crossan willingly opened the door to the inspectors. U.S. District Judge Claude M. Hilton, in his June 22 order, agreed: "There is no evidence that they engaged in any misconduct or violated any law while performing said inspection."

Shipkovitz's case has generated considerable publicity as cities and counties become more densely crowded and local officials see hoarding not as private, eccentric behavior, but as a public nuisance. While taking depositions, Shipkovitz discovered that, including himself, the Arlington hoarding task force had locked 18 people out of their homes in the past year.

Task force officials, who are becoming more aggressive in dealing with hoarders as the area becomes more urbanized, say huge accumulations of junk are a fire hazard. But property rights advocates have declared that enforcement is uneven at best and invasive at worst.

In the past, hoarders were found out only when someone called to complain. Now, task force members -- officials who work in fire prevention, code inspection and mental health and elder care -- are often on the lookout for potential hoarders. To confirm their suspicions, they have to ask for a homeowner's permission to go inside. If they are refused but have sufficient evidence, they can get a search warrant from a magistrate.

In his lawsuit, Shipkovitz also charged county officials with "intentional business interference" for locking him out of the condo and keeping him from his patent attorney business. However, fire marshals allowed Shipkovitz into the condo four or five times for a total of 17 hours, Hilton wrote.

By December, Crossan's family had become involved, asking fire marshals to stop letting Shipkovitz in. In February, the family hired a moving company to relocate Shipkovitz's junk to two storage units.

Hilton ruled that any complaint Shipkovitz may have about his business being hurt should be addressed to Crossan, the owner of the condo, not the county.

In the Washington region, a recent survey by the Metropolitan Washington Council of Governments showed that local officials found about 300 homes of hoarders last year that violated building, fire, animal control or property maintenance codes.

Since Oct. 20, when the fire marshal ordered the locks changed and the condo condemned, Shipkovitz has been staying at a warehouse he owns in the District or living with a friend who has collecting issues of his own. "He doesn't want anyone to know where he lives," Shipkovitz said. "He's afraid he'll be raided, too, and end up on the street. He knows my life has been destroyed."

Print This Article   E-Mail This Article
Permission to Republish

View all comments that have been posted about this article.

© 2007 The Washington Post Company

FEATURED ADVERTISER LINKS

Refinance Rates As Low As 2.9% - FREE QUOTES!

$300,000 Mortgage for $965 mo! Refinance & Save $1,000's!

Be Prepared. Fight Identity Theft! Equifax.com.

$599,000 Loan for only $1,997 mo. NO SSN REQUIRED!

Asbestos, Mesothelioma Lawyer, Lung Cancer, Med Mal

Father's Day Gifts, T-shirts, Custom Hats, Koozies

Cool Gadgets, Great Deals, Visit CircuitCity.com

Try Email Marketing with Constant Contact

T-Mobile, Verizon Wireless, Cingular AT&T Phones

## I (a) PLAINTIFFS

Samuel Shipkovitz
5829 Nicholson Street
Pittsburgh, PA 15217

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF    88888 Allegheny
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

~~NONE~~
Samuel Shipkovitz, pro se
Mailing Address: c/o P.O. Box 2961
Arlington, VA 22202

## DEFENDANTS

THE WASHINGTON POST COMPANY    (DE Corp.), WP COMPANY LLC
1150 Fifteenth Street, N.W.    ETAL
Washington, D.C. 20071

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

Case: 1:07-cv-01053
Assigned To : Kessler, Gladys
Assign. Date : 6/14/2007
Description: PI/Malpractice

**JURY ACTION**

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ⊙ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE ...
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊙ 4 |
| Citizen of Another State | ⊙ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV.  CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

**○ A. Antitrust**

- ☐ 410 Antitrust

**⊠ B. Personal Injury/ Malpractice**

- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ⊠ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**

- ☐ 151 Medicare Act

**Social Security:**
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

**Other Statutes**
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)**    OR    **⊙ F. Pro Se General Civil**

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑤

| ○ **G. Habeas Corpus/ 2255** | ○ **H. Employment Discrimination** | ○ **I. FOIA/PRIVACY ACT** | ○ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ○ **K. Labor/ERISA (non-employment)** | ○ **L. Other Civil Rights (non-employment)** | ○ **M. Contract** | ○ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 Americans w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

**V. ORIGIN**

◉ 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 U.S.C. 1332 diversity;    libel, false light, defamation

| **VII. REQUESTED IN COMPLAINT** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ min. $138,000 | Check YES only if demanded in compl.<br>JURY DEMAND: YES ☒ NO ☐ |
|---|---|---|---|

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ⊗    NO ☒    If yes, please complete related case form.

DATE  June 12, 2007    SIGNATURE OF ~~ATTORNEY OF RECORD~~   _Samuel Shnipelsky_

14

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.