IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, ) | |
| ) | Civil Action No. 07-1053 (RCL) |
| Plaintiff, ) | |
| vs. ) | |
| THE WASHINGTON POST COMPANY, et al. ) | |
| Defendants. ) | |

**MOTION OF DEFENDANTS THE WASHINGTON POST COMPANY,
WP COMPANY LLC, AND BRIGID SCHULTE
<u>FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT</u>**

Defendants The Washington Post Company, WP Company LLC, and Brigid Schulte respectfully move this Court for a twenty day extension of time to respond to the Complaint. Defendants were served with the Complaint on September 17, 2007. Under the Federal Rules of Civil Procedure, defendants' response is currently due on October 9, 2007.

This is a libel and invasion of privacy suit filed by the plaintiff *pro se*, complaining of news articles published in *The Washington Post* on June 18, 2006 and July 27, 2006 that reported on a lawsuit plaintiff filed against Arlington County and certain County officials in the United States District Court for the Eastern District of Virginia related to the enforcement of fire code and building code violations against plaintiff. Defendants request an extension to prepare a dispositive motion for summary judgment, which will be based in part on materials that defendants have recently received from the Arlington County Attorney's Office. This extension of time is necessary to review these materials and to craft a dispositive motion that thoroughly responds to the Complaint. Defendants therefore request an extension of time to respond to the Complaint to and including October 22, 2007.

Counsel for defendants has attempted to contact plaintiff to seek his consent to this motion, but has been unsuccessful in reaching him.

    Respectfully submitted,

    WILLIAMS & CONNOLLY LLP

    By: /s/ Kevin T. Baine
        Kevin T. Baine (D.C. Bar No. 238600)
        Jonathan Kravis (D.C. Bar No. 973780)

    725 Twelfth Street, N.W.
    Washington, DC  20005
    (202) 434-5000

October 2, 2007    *Attorneys for Defendants The Washington Post Company, WP Company LLC, and Brigid Schulte*

**CERTIFICATE OF SERVICE**

I, Jonathan Kravis, hereby certify that on this 2nd day of October, 2007, I caused copies of the foregoing Motion for Extension of Time to be served on the following via First Class Mail:

Samuel Shipkovitz
5829 Nicholson Street
Pittsburgh, PA 15217

Samuel Shipkovitz
P.O. Box 2961
Arlington, VA 22202

Ara L. Tramblian, Deputy County Attorney
2100 Clarendon Boulevard, Suite 403
Arlington, VA 22201

               /s/ Jonathan Kravis
              Jonathan Kravis (D.C. Bar No. 973780)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, ) | |
| ) | Civil Action No. 07-1053 (RCL) |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THE WASHINGTON POST COMPANY, et al. ) | |
| ) | |
| Defendants. ) | |

## **[PROPOSED] ORDER**

The motion of defendants The Washington Post Company, WP Company LLC, and Brigid Schulte for an extension of time is **GRANTED**. Accordingly, it is **ORDERED** that defendants' response to the Complaint is due on or before October 22, 2007.

ROYCE LAMBERTH
United States District Judge