# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL SHIPKOVITZ
5829 Nicholson Street
Pittsburgh, PA 15217

Plaintiff,

V.

THE WASHINGTON POST COMPANY (Delaware Corp.)
1150 Fifteenth Street, N.W.
Washington, D.C. 20071; Serve: Registered Agent
and
WP COMPANY LLC (its subsidiary)
same address as above
and
BRIGID SCHULTE
                    Virginia
and
MARY CURTIUS
and

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01053
Assigned To : Kessler, Gladys
Assign. Date : 6/14/2007
Description: PI/Malpractice

Defendants.

TO: (Name and address of Defendant)

WP Company LLC
1150 Fifteenth Street, N.W.
Washington D.C. 20071
Serve: Registered Agent

**RECEIVED**
OCT 2 - 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF ~~pro se~~ (name and address)

SAMUEL SHIPKOVITZ
Plaintiff pro se
c/o P.O. Box 2961
Arlington, VA 22202

an answer to the complaint which is served on you with this summons, within ____twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

[signature]
BY DEPUTY CLERK

JUN 14 2007
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | September 17, 2007 11:37 am |
| NAME OF SERVER (PRINT) L. Napoleon Cooper | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Kindhaus Seyrette
Employee C.T. Corporation Systems 1015 15th St. Suite 1000, 2nd fl
Shorter African American / Around 35 years old / MALE

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept. 17, 2007

Signature of Server

2406 16th St. N.W.
Suite 545
Washington, D.C. 20009

Address of Server

Received Mail Room
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia
OCT 2 - 2007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure