AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL SHIPKOVITZ
5829 Nicholson Street
Pittsburgh, PA 15217

Plaintiff,

V.

THE WASHINGTON POST COMPANY (Delaware Corp.)
1150 Fifteenth Street, N.W.
Washington, D.C. 20071; Serve: Registered Agent
and
WP COMPANY LLC (its subsidiary)
same address as above
and
BRIGID SCHULTE
                    Virginia
and
MARY CURTIUS
and
...

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01053
Assigned To : Kessler, Gladys
Assign. Date : 6/14/2007
Description: PI/Malpractice

Defendants,

TO: (Name and address of Defendant)

The Washington Post Company (Delaware Corp.)
1150 Fifteenth Street, N.W.
Washington, D.C. 20071
Serve: Registered Agent

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

SAMUEL SHIPKOVITZ
Plaintiff pro se
c/o P.O. Box 2961
Arlington, VA 22202

an answer to the complaint which is served on you with this summons, within ___twenty___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RECEIVED
OCT 2 - 2007

NANCY MAYER-WHITTINGTON      NANCY MAYER WHITTINGTON, CLERK
                             U.S DISTRICT COURT
CLERK                                              JUN 14 2007
                                                   DATE

_____
BY DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me | September 17, 2007 11:57 AM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| L. Napoleon Cooper | Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Anthony Serrette
Employee C.T. Corporation System 1015 15th Street
Short Afroam American around 35 years old Male

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 17, 2007      L. Napoleon Cooper
                                    *Signature of Server*

2400 14th St. N.W.
Suite 545
Washington D.C. 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.