AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

SAMUEL SHIPKOVITZ
5829 Nicholson Street
Pittsburgh, PA 15217

Plaintiff,

V.

THE WASHINGTON POST COMPANY (Delaware Corp.)
1150 Fifteenth Street, N.W.
Washington, D.C. 20071; Serve: Registered Agent
and
WP COMPANY LLC (its subsidiary)
same address as above
and
BRIGID SCHULTE
                                        Virginia
and
MARY CURTIUS
and

Defendants.

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-01053
Assigned To : Kessler, Gladys
Assign. Date : 6/14/2007
Description: PI/Malpractice

TO: (Name and address of Defendant)
BRIGID Schulte

Virginia

**RECEIVED**

OCT 2 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Pro Se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~~ (name and address)

SAMUEL SHIPKOVITZ
Plaintiff pro se
c/o P.O. Box 2961
Arlington, VA 22202

an answer to the complaint which is served on you with this summons, within _____twenty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                           JUN 1 4 2007

CLERK

_____
BY DEPUTY CLERK

DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE Sept. 30, 2007 |

| NAME OF SERVER (PRINT) John Learnard | TITLE PRIVATE PROCESS SERVER |
|---|---|

*Check one box below to indicate appropriate method of service*

Sept. 30, 2007   530 PM

[X] Served personally upon the defendant. Place where served: 2404 Terrett  Alex. VA 22301

Brigid Schulte herself
Cav. blond about 45 yrs old

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted. _____

_____

[ ] Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Sept 30 2007

_John Learnard_
Signature of Server

PO. BOX 50362
Arlington VA
Address of Server

Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

OCT 2 - 2007

Received
Mail Room

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure