**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SAMUEL SHIPKOVITZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-1053 (RCL) |
| | ) |
| vs. | ) |
| | ) |
| THE WASHINGTON POST COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

The motion of defendants The Washington Post Company, WP Company LLC, and Brigid Schulte for an extension of time is **GRANTED**. Accordingly, it is **ORDERED** that defendants' response to the Complaint is due on or before October 22, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on October 3, 2007.