## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:07-CV-01053

Plaintiff:
**Samuel Shipkovitz**

vs.

Defendant:
**The Washington Post Company, WP Company LLC, Brigid Schulte, Mary Curtius, and Louise Dimatteo (Megargee)**

Received by ESQ Process Servers to be served on **Mary Curtius, Director, Press Office of Public Affairs for Arlington County, 2100 Clarendon Boulevard, #314, Arlington, VA 22201-7943**.

I, David E. Smith, being duly sworn, depose and say that on the **11th day of September, 2007** at **2:16 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Exhibits, and Initial Electronic Case Filing Order** with the date and hour of service endorsed thereon by me, to: **Mary Curtius, Director, Press Office of Public Affairs for Arlington County** at the address of: **2100 Clarendon Boulevard, #314, Arlington, VA 22201-7943**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

**RECEIVED**

OCT 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Subscribed and Sworn to before me on the 13th day of September, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

My Comm Exp. 1-1-2011

David E. Smith
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2007014202
Ref: The Washington Post Company

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g