# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Columbia

Case Number: 1:07-CV-01053

Plaintiff:
**Samuel Shipkovitz**

vs.

Defendant:
**The Washington Post Company, WP Company LLC, Brigid Schulte, Mary Curtius, and Louise Dimatteo (Megargee)**

Received by ESQ Process Servers to be served on **Louise DiMatteo (Megargee), 4719 16th Street N, Arlington, VA 22205.**

I, David E. Smith, being duly sworn, depose and say that on the **12th day of September, 2007** at **1:16 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Exhibits, and Initial Electronic Case Filing Order** with the date and hour of service endorsed thereon by me, to: **Louise DiMatteo (Megargee)** at the alternate address of: **2100 Clarendon Boulevard, 4th Floor, Arlington, VA 22201-7943**, and informed said person of the contents therein, in compliance with state statutes.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

# RECEIVED

OCT 4 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Subscribed and Sworn to before me on the 13th day of September, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

My Comm Exp 1-1-2011

_____
David E. Smith
Process Server

**ESQ Process Servers**
51 Monroe Street
Suite 708
Rockville, MD 20850
(301) 762-1350
Our Job Serial Number: 2007014203
Ref: The Washington Post Company

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.0g