IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL SHIPKOVITZ,      ]
                        ]
            Plaintiff,  ]
                        ]
     v.                 ]   Civil Action No. 07-1053
                        ]   (RCL)
WASHINGTON POST COMPANY, et al., ]
                        ]
            Defendants. ]
_____]

**PLAINTIFF'S MOTION TO REQUIRE DEFENDANTS' EXHIBITS NOT DIRECTLY RELATED TO SPECIFIC ALLEGATIONS OF LIBEL AS ENUMERATED IN COMPLAINT PARAGRAPHS 17 AND 20 TO BE FILED AS A SEALED SUBMISSION FOR *IN CAMERA* REVIEW**

NOW COMES PLAINTIFF Samuel Shipkovitz, who hereby moves this Court for an Order requiring Defendants to file any Exhibits not directly related to the specific allegations of libel as enumerated in Complaint paragraphs 17 and 20 as sealed submissions for *in camera* review by this Court. As Plaintiff has been advised that it was highly likely that WP's counsel would stoop to DiMatteo's level and file irrelevant exhibits republishing the unlawful invasion of privacy photos and publishing whatever other irrelevant but negative matter that he could get his hands on, depending on but abusing the privilege of papers filed in a court (and the proceedings being a libel action as to only the specific statements of fact that were false and defamatory) and thus becoming into the public domain, Plaintiff reasonably requests that Defendants be required to submit such exhibits to the Court as a sealed submission so that this Court can decide what is relevant to this case and what is merely negative/ invasive of privacy/ embarrassing/prejudicial. If this is to be a court proceeding in a civil society or a dog fight without limits will be soon known. This Motion is filed in an effort to prevent same, and any further attempts to ruin even more Plaintiff's ability to seek work and social contacts. If the latter, Plaintiff, who was basically homeless for a while due to the unlawful actions of DiMatteo and her friends, and met such people, not all of whom are

RECEIVED
OCT 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

druggies and the like, but sick veterans who the VA has been unfair to and truck drivers who had an accident, etc., can try to have an IMF or the like public demonstration or whatever[1].

WHEREFORE, Plaintiff moves for an Order protecting Plaintiff from the likelihood that Defendants will inject irrelevant negative matter into the record to prejudice his case <u>and his future</u> and reasonably has this Court decide via *in camera* review what should not be in the public record.

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

### FACTS

As listed above.

### LAW

F.R. Civ. P. 1, 5(f), 5(j), 16( c), 26

U.S. Constitution and Amendment 1

*Nader v. GM*

Respectfully submitted,

/Samuel Shipkovitz/
Samuel Shipkovitz
Plaintiff *pro se*
Temp Cel=7035821580

Mailing:  1. P.O. Box 2961
Addresses     Arlington, VA 22202
And  2. 5829 Nicholson Street
     Pittsburgh, PA 15217

### Certificate of Service

I hereby certify that a copy of the foregoing Motion TO REQUIRE DEFENDANTS' EXHIBITS NOT DIRECTLY RELAED TO SPECIFIC ALLEGATIONS OF LIBEL AS ENUMERATED IN COMPLAINT PARAGRAPHS 17 AND 20 TO BE FILED AS A SEALED SUBMISSION FOR *IN CAMERA* REVIEW

was mailed this 21t day of October, 2007 to: Ara Tramblian, Deputy County Attorney, 2100 Clarendon Blvd., #403, Arlington, A 22201, and mailed and hand delivered to John Kravis, Williams & Connolly LLP, 725 12th Street, Washington, DC 20005.

---

[1] If Defendants wish to be Segretti-like, then so will Plaintiff.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ,<br><br>                  Plaintiff,<br><br>vi.<br><br>WASHINGTON POST COMPANY, et al.,<br><br>                  Defendants. | ]<br>]<br>]<br>]<br>]  Civil Action No. 07-1053<br>]  (RCL)<br>]<br>]<br>]<br>] |

ORDER

UPON CONSIDERATION of Plaintiff's Motion To Require Defendants' Exhibits Not Directly Related To Specific Allegations Of Libel As Enumerated In Complaint Paragraphs 17 And 20 To Be Filed As A Sealed Submission For *In Camera* Review, any opposition thereto, and the record herein, it is

Hereby ORDERED
That said Motion of Plaintiff is GRANTED; and it is

FURTHER ORDERED
That Defendants shall submit any exhibits or matter not related to Complaint paragraphs 17 and 20 as a sealed filing in accordance with the Rules of this Court.

Date:_____

                                            _____
                                            Royce C. Lamberth
                                            United States District Judge

Copies To:
1. Samuel Shipkovitz
   P.O. Box 2961
   Arlington, VA 22202
2. Samuel Shipkovitz
   5829 Nicholson Street
   Pittsburgh, PA 15217
3. Ara Tramblian, Esq.
   Deputy County Attorney
   2100 Clarendon Blvd., #403
   Arlington, VA 22201
4. John Kravis, Esq.
   Williams & Connolly LLP
   725 12th Street
   Washington, DC 20005.