IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SAMUEL SHIPKOVITZ,   ]
                    ]
       Plaintiff,   ]
                    ]
v.                  ]   Civil Action No. 07-1053
                    ]   (RCL)
WASHINGTON POST COMPANY, et al.,   ]
                    ]   FILED
       Defendants.  ]
                    ]   OCT 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

UPON CONSIDERATION of Plaintiff's Motion For Extension Of Time To Respond To Motion Of Defendants Mary Curtius and Louise DiMatteo To Dismiss Or Transfer Venue, any opposition thereto, and the record herein, it is

Hereby ORDERED
That said Motion of Plaintiff is GRANTED; and it is

FURTHER ORDERED
That Plaintiff may have until November 14th, 2007 to respond to said Motion of said Defendants.

Date: 10/23/07

Royce C. Lamberth
United States District Judge

Copies To:
1. Samuel Shipkovitz
   P.O. Box 2961
   Arlington, VA 22202
2. Samuel Shipkovitz
   5829 Nicholson Street
   Pittsburgh, PA 15217
3. Ara Tramblian, Esq.
   Deputy County Attorney
   2100 Clarendon Blvd., #403
   Arlington, VA 22201
4. John Kravis, Esq.
   Williams & Connolly LLP
   725 12th Street
   Washington, DC 20005.