IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 07-1053 (RCL) |
| | ) |
| vs. | ) |
| | ) |
| THE WASHINGTON POST COMPANY, et al. | ) |
| | ) |
| Defendants. | ) |

**RESPONSE OF DEFENDANTS THE WASHINGTON POST COMPANY,
WP COMPANY LLC, AND BRIGID SCHULTE TO PLAINTIFF'S REQUEST FOR
EXTENSION OF TIME TO FILE RESPONSE**

Defendants The Washington Post Company, WP Company LLC, and Brigid Schulte do not object to Plaintiff's request for an extension of time to respond to Defendants' Motion for Summary Judgment.

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By: /s/ Kevin T. Baine
    Kevin T. Baine (Bar No. 238600)
    Jonathan Kravis (Bar No. 973780)

725 Twelfth Street, N.W.
Washington, DC  20005
(202) 434-5000

November 2, 2007

*Attorneys for Defendants The Washington Post Company, WP Company LLC, and Brigid Schulte*