IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samuel Shipkovitz,                              )
                                                )
                    Plaintiff,                  )
        v.                                      )        Civil Action No. 07cv1053
                                                )        (RCL)
Washington Post Company, WP Company, L.L.C.     )
Brigid Schulte, Louise DiMatteo, Mary Curtius,  )        **RECEIVED**
                            et al.,             )
                                                )        DEC 2 1 2007
                    Defendants.                 )
                                                )        NANCY MAYER WHITTINGTON, CLERK
                                                         U.S. DISTRICT COURT

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO WASHINGTON POST DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

NOW COMES PLAINTIFF, Samuel Shipkovitz, *pro se*, who hereby moves for a (second) extension of time to respond to the Washington Post Defendants' (The Washington Post Company, WP Company, L.L.C., and Brigid Schulte) Motion For Summary Judgment. For his reasons, he states as follows:

1. MEDICAL

As discussed in his previous filing (the "Second Supplement"), Plaintiff is recovering from a physical injury and a severe cough, and had been treated by the GW Urgent Care Center. On December 17, 2007 Plaintiff went back for his followup appointment and was examined more fully and told that (a) his cough may be more than a cold and could be anything from allergies developed, ENT sinusitis, etc. He was given a prescription (attached) to see if it has any effect. Further a recently developed right heel pain may be related to his herniated disc or another back-related problem, and is to try and stay off his feet for the near future. This obviously slows progress on his research and drafting his response to the instant WP Motion. Still further, Plaintiff has a history of elevated liver enzyme problems [ALT] (he does not consume alcoholic beverages) and had his blood taken to determine said problem's current status (copy of lab order attached), and

that of any prostate issues. His previously discussed urological problems are still being investigated as to cause. Plaintiff is attempting to stay off his feet as much as possible wherever he is. A colonoscopy revealed a polyp which was removed.

Nevertheless, despite his travels and travails, Plaintiff has performed about 45 hours of research and drafting a (handwritten) response of 28+ pages, has also prepared Plaintiff's (counter-Schulte) declaration and his Statement of Material Facts In Genuine Dispute, but has not gotten to the false light issue yet. Due to the theft of his computers by Martin Yeager, Naudus, and DiMatteo[1], he, still without work or funds (the basis of this action) needs to use others' computers (and store all on a flashdrive) to type and print. All of which discussed above will require several weeks time beyond the present deadline.

### 2. POTENTIAL REPRESENTATION

Plaintiff has had communications and the beginnings of negotiations with several attorneys prominently involved in libel cases discovered during his research. These include Christopher Wright (representing Hatfill [anthrax accused] and former Howry partner Roger Simmons. One issue is as to proof of damages of non-libel-per-se damages beyond federal GS-15 ratings ( the 2005 figure of $138,000 stated in the complaint) of Plaintiff. A booklet left out at various law school libraries lists beginning associate salaries at $160,000 with high-experience much greater than that. Plaintiff has worked for several large law firms as the Defendants' papers acknowledge. Various blackball issues were also discussed. One potential representative desires at least one third-party affidavit on this issue before deciding.

In any event, the Plaintiff is not an experienced litigator and thus would prefer

---

1   It was quite comforting to learn from a recent PBS biography of Ralph Nader, which included a quick view of part of his office, that his office was a denser version of Plaintiff's. No one has raided him there.

having experienced trial counsel represent him. Thus, he requests additional time to ,

hopefully, obtain such representation.

3.  DISCOVERY NEEDED TO OBTAIN DIRECT EVIDENCE OF FAULT; F.R.Civ.P. 56(f)
    Declaration

    Plaintiff pursuant to his research believes that even as a private party Plaintiff, he still
need to prove fault or negligence as an element required. While the circumstances speak
for themselves, Plaintiff, in order to have direct evidence of fault, has recently issued a
First Set of Interrogatories to be answered by the WP Defendants within thirty days. No
answers have yet been provided.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION

    Therefore, pursuant to F.R.Civ.P 56(f), I, Samuel Shipkovitz, hereby declare that I need the
answers to the Interrogatories issued to WP (WP, Schulte) in order to have direct evidence of
fault/negligence, a required element for liability, and therefore need a continuance until the
requested answers are received.

I hereby declare under the penalty of perjury under the laws of the United States that the above
stated in this Declaration is true and correct
Executed this 18th day of December, 2007                 *Samuel Shipkovitz*

                                                          Samuel Shipkovitz

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LAW : F.RCiv.P 6

## CONCLUSION

    For the above reasons, Plaintiff moves for a (second) Extension of Time To Respond  until
at least January 29, 2008.

encl.:GW Rx, GW lab order                        Respectfully submitted,

                                                 *Samuel Shipkovitz*

                                                 Samuel Shipkovitz
                                                 Plaintiff *pro se*
                                                     1.   P.O. Box 2961
                                                          Arlington, VA 22202
                                                 &   2.   5829 Nicholson Street
                                                          Pittsburgh, PA 15217
                       Certificate of Service             (Phone in unit seized)
        I hereby certify that the above Plaintiff's Motion For Extension of Time To Respond To WP Defendants' Motion For Summary Judgment,
was served by ordinary mail on Dec. 19, 2007 to: Ara Tramblian, Deputy County Attorney, 2100 Clarendon Blvd.,#403, Arlington,VA22201, and
Jonathan Kravis, Esq., Williams & Connolly, 725 12th Street, NW, Washington, D.C. 20005.        *S Shipkovitz*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Samuel Shipkovitz,                              )
                                                )
                          Plaintiff,            )
            v.                                  )        Civil Action No. 07cv1053
                                                )        (RCL)
Washington Post Company, WP Company, L.L.C.     )
Brigid Schulte, Louise DiMatteo, Mary Curtius,  )
                             et al.,            )
                                                )
                          Defendants.           )
_____ )

## ORDER

          Upon consideration of Plaintiff's Motion For Extension Of Time To Respond To
Washington Post Defendants' Motion For Summary Judgment, any opposition thereto, and the
record herein,

          it is this ___ day of _____, 200_

          HEREBY ORDERED

that said Plaintiff's Motion For Extension of Time To Respond to The Washington Post Defendants'

Motion For Summary Judgment    IS GRANTED,

          AND IT IS FURTHER ORDERED

that Plaintiff shall have until January 29, 2008 to respond.


                                        _____
                                        United States District Judge

Copies To:
1.  Samuel Shipkovitz
    P.O. Box 2961
    Arlington, VA 22202
2.  Samuel Shipkovitz
    5829 Nicholson Street
    Pittsburgh, PA 15217
3.  Jonathan Kravis, Esq.
    Williams & Connolly
    725 12th Street, N.W.
    Washington, D.C. 20005
4.  Ara Tremblian, Esq., Dep. Cnty Atty
    2100 Clarendon Blvd., 403
    Arlington, VA 22201

**George Washington University Medical Faculty Associates**
2150 Pennsylvania Ave NW, Washington, DC 20037
202-741-3000

DC126665                **M.D.**

Name   **SAMUEL SHIPKOVITZ**                         MRN_____ **1070066**

Address _____ DOB_____

**Singulair 10 MG Oral Tablet #30**

Quantity: (thirty tablet)

TAKE 1 TABLET AT BEDTIME.

☐ *May Substitute*

☒ *May Not Substitute*        _____
                                       Signature of Prescriber

Written: 12/17/2007        **Refills Authorized 5 Times**        Rx: 22350136

MA = PRIMARX CARE
2150 PENNSYLVANIA AVE NW
WASHINGTON DC  20037
TEL: 202-741-2222

R- 155539-



Quest Diagnostics Incorporated
1901 Sulphur Spring Road, Baltimore, Maryland 2122
410.247.9100 • 301.621.6900 • 1.800.368.2576

GT041633377

MRN: ...        DOB: ...
A-PHY: ... MD,
NAME: SHIPKOVITZ, SAMUEL     V#: 5042842

DATE: 12/17/2007      03:10PM     VT: RPH
PROV: ... MD,
REF PHYS: ...          MD
FSC1                        PAR
CERT#: .          GRP#:
DEPT: 306 LOC: 4S    COM: .
SSN: 111-11        SX: M

**Specimen Information**

| Date Collected | Time Collected | ☐ AM ☐ PM | PSC | Phleb |
| Comments, Room No. (To Print on Report) | | | Special Instr. to Laboratory Technologists | |

☐ Fasting     Timed Urine Collection
☐ Non Fasting     Volume _____ mL     Duration of Collection _____ Hours

Primary Insurance Name
Primary Insurance Address
Policy I.D. Number                Group Number
Secondary Insurance Name     Policy Number     Group Number

ICD Diagnosis Codes (Enter All That Apply) ▶ V700

ANY PROFILE/PANEL COMPONENT MAY BE ORDERED SEPARATELY/COMPONENTS ON BACK/REFLEX TESTS ARE PERFORMED AT AN ADDITIONAL CHARGE.

| | | |
|---|---|---|
| ○ 45377X   ESR, WESTERGREN | ○ 20325X  H. PYLORI AB (IGG, A, M) | |
| ○ 35645X   HCV RNA, QN, PCR | ○ 31789X  ✻ HOMOCYSTEINE, CARDIOVASCULAR | |
| ○ 7924X   LYMPHOCYTE SUBSET PANEL 4 | ○ 6517X  MICROALBUMIN, RAND UR(W-CREAT) | |
| ○ 44404   ✻ PREMARITAL RPR✻(WASHINGTON D.C.) | OTHER TESTS / ORDER BY TEST CODE | |
| ○ 927X   ✻ VITAMIN B12, SERUM | | |

DO NOT WRITE IN THIS SPACE