UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, | ] |
| | ] |
| Plaintiff, | ] |
| | ] |
| v. | ] Civil Action No. 07-1053 (RCL) |
| | ] |
| WASHINGTON POST COMPANY, et al., | ] |
| | ] |
| Defendants. | ] |

### PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DATED JANUARY 9, 2008 AND FOR LEAVE TO FILE SUPPLEMENT AND SECOND SUPPLEMENT TO [PLAINTIFF'S RESPONSE TO ARLINGTON DEFENDANTS' MOTION TO DISMISS OR TRANSFER] DOCKET NUMBERS 22 AND 23, AND FOR EXTENSION OF TIME TO RESPOND TO ARLINGTON DEFENDANTS' MOTION

NOW COMES PLAINTIFF, Samuel Shipkovitz, Plaintiff, *pro se*, who hereby moves for reconsideration of certain matters stated in said Order dated January 9, 2008, and for leave to refile (if taken out) docket numbers 22 and 23 , the Supplement and Second Supplement to Plaintiff's Response to the Arlington Defendants' Motion To Dismiss or Transfer. a Memorandum of Points and Authorities and proposed order order is attached. A Motion For Extension Of Time To Respond To The Arlington Defendants' Motion beyond the date of the deadline to respond to the WP Motion (same deadline date) and to keep WP's Motion For Summary Judgment (Exhibits' photos) as filed is also requested.

Respectfully submitted,

/s/ Samuel Shipkovitz
Samuel Shipkovitz
Plaintiff *pro se*

**RECEIVED**
JAN 2 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

<u>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF ORDER DATED JANUARY 9, 2008 AND FOR LEAVE TO FILE SUPPLEMENT AND SECOND SUPPLEMENT TO [PLAINTIFF'S RESPONSE TO ARLINGTON DEFENDANTS' MOTION TO DISMISS OR TRANSFER] DOCKET NUMBERS 22 AND 23, AND FOR EXTENSION OF TIME TO RESPOND TO ARLINGTON DEFENDANTS' MOTION**</u>

Plaintiff apologizes for any of his errors and effects of his personal situation, primarily employment and financial, much of which was caused by Defendants, both the Arlington Defendants and the WP Defendants, and his medical situation.

Unrelated, Plaintiff has been diagnosed with serious medical problems, including diabetes, copy of lab report from GWU M.D. attached, 248 glucose number (99 highest normal), 81 ALT and 75 AS (elevated liver enzymes). Plaintiff fainted at the 14th & K, DC, Corner Bakery line, and is now taking pills for these ailments. Going to medical appointments on what is now a weekly basis takes time. Plaintiff has even been told that he possibly caught hepatitis, despite a non-anything-active lifestyle (except for Spicy V8, Batampte half-sours, and chocolate milk [now forbidden]). See lab letter attached. Plaintiff can no longer eat or drink anything with sugar in it, and finding such food takes much time. Even milk has sugar in it, which Plaintiff did not know. Even potatoes are verboten. Plaintiff is weak, fatigued, and due to his sciatica, walks slowly and is not permitted to lift more than 15 lb., as believed previously discussed. All of this takes substantial time. Plaintiff is now basically a Pgh. beggar and D.C. vagabond; and due to the theft of his computers and belongings by Yeager and Naudus, and his lack of money, necessarily uses others' computers at their convenience, as now.

## MOTION FOR LEAVE TO REFILE/KEEP DOCKETS 22 and 23 (AS TO ARLINGTON DEFENDANTS), OR, IN THE ALTERNATIVE, MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ARLINGTON DEFENDANTS

Plaintiff did not knowingly violate any Rule, and apologizes for any error. He filed the original response in the time required, but thereafter conducted further research and each supplement included increasingly-on-point caselaw found supporting his position. Certainly he had no negative intent, but was attempting to provide the best total response he could. Due to the problems discussed above, he was doing the best he could as fast as he could. Why the Court objected when no party did is disconcerting and not understood. To have to retype the total 3 papers again seems inefficient, but if need be he will, but then requests an extension of time beyond the January 29, 2008 WP deadline to respond to the Arlington deadline, so he could respond to WP's Motion as best he can in its January 29, 2008 deadline.

A 10-14 day extension as to Arlington seems realistic. Having both deadlines on the same day is an impossible task at this point under the present circumstances of his life. As Plaintiff has stated before, the Court is requested by the Plaintiff to dismiss the Arlington Defendants if it has any thoughts about transferring this case.

## REQUEST TO KEEP PHOTOS RE: QUOTES IN COMPLAINT PARAGRAPHS 17, 20 UNDER SEAL

Plaintiff is at a loss to understand the part of the Order denying having the applicable photos under seal, since a cursory review of the WP Motion For Summary Judgment Exhibits clearly shows that they have agreed to Plaintiff's request, submitted them under seal, and no one else objected. As these photos, unlawfully taken [without warrant or permission] of Plaintiff's personal items, could be accessed and

3

misused to even further preclude Plaintiff from employment, it is respectfully requested that the photos remain under seal as the Defendants, via attorney Kravis, agreed to, and submitted in accordance with. As the court has access, it is submitted that Plaintiff's personal information –these photos being as personal as his social security number (protected by Rule), should be protected. The matter had been moot.

## Conclusion

These requests seem reasonable and do not prejudice any Defendant-- all of whom have all their money and/or high-paying jobs.

encl.:GWUMFA lab ltr. 12/17/07

Respectfully submitted,

*Samuel Shipkovitz*
Samuel Shipkovitz
Plaintiff pro se

Mailing:       P.O. Box 2961
Addresses      Arlington, VA 22202
               5829 Nicholson Street
               Pittsburgh, PA 15217
        tempcel 703582-1580

### Certificate of Service

I hereby certify that a true copy of the foregoing Motion was mailed, first class postage prepaid, this 18th day of Jauary, 2008 to:Ara Tremblian, Deputy Cnty Atty, 2100 Clarendon Blvd., #403, Arlington, VA 22201, and Jonathan Kravis, Esq., Williams & Connolly, 725 12th Street, N.W., Washington, D.C. 20005.   _A Shipkovitz_

# MEDICAL FACULTY ASSOCIATES
## THE GEORGE WASHINGTON UNIVERSITY

RE: SAMUEL SHIPKOVITZ
MRN: ███████
DOB: ███████

Dec 17 2007 3:10PM

Message
Mr. SAMUEL SHIPKOVITZ

RE: Results Follow-Up

Dear Mr. SHIPKOVITZ

I have received the results of your studies. I have included the results for your records.

There were two abnormalities with your laboratory tests. The first was that your liver associated enzymes, which Dr. ███ had requested you check in the past, were elevated again today. They are not markedly elevated, but it still warrants further blood work to see if you have any forms of hepatitis.

The second abnormality is that your blood sugar was elevated, actually to the point where one is diagnosed with diabetes. Diabetes is an illness where a hormone in the body called insulin, is not used as efficiently as needed to maintain normal blood sugar. We should meet again to talk about the diagnosis and discuss how to appropriately manage it and what to look out for. It is a very manageable illness, so do not let that cause you worry.

Please do not hesitate to contact me if you have any questions. I can be reached at 202-741-2222 or online by going to www.gwdocs.com, and clicking on the "Patient Online" link.

Sincerely,

███████, M.D

Results
PSA,TOTALq  17 Dec 2007 05:05 PM
- PSA: 0.6 ng/mL  0.0-4.0
COMP METABOLIC PANEL W-eGFRq  17 Dec 2007 05:05 PM
- SODIUMq: 139 mmol/L  135-146
- POTASSIUMq: 4.2 mmol/L  3.5-5.3
- CHLORIDEq: 102 mmol/L  98-110
- CARBON DIOXIDEq: 23 mEq/L  21-33
- GLUCOSEq: 248 mg/dL  65-99 H
- UREA NITROGENq: 16 mg/dL  7-25
- CREATININEq: 0.85 mg/dL  0.50-1.30
- BUN/CREATININE RATIOq: 18.8  6-22
- CALCIUMq: 9.5 mg/dL  8.6-10.2
- PROTEIN,TOTALq: 6.9 g/dL  6.2-8.3
- ALBUMINq: 4.2 g/dL  3.6-5.1
- GLOBULIN, CALCULATEDq: 2.7 g/dL  2.1-3.7
- A/G RATIOq: 1.6  1.0-2.1
- BILIRUBIN,TOTALq: 0.5 mg/dL  0.2-1.2
- ASTq: 75 U/L  10-35 H
- ALTq: 81 U/L  9-60 H
- ALKALINE PHOSPHATASEq: 105 U/L  40-115
- AFRICAN AMERICAN EGFRq: >60  > OR = 60
- NON-AFRICAN AMERICA EGFRq: >60  > OR = 60

Signature
Signed By: ███████, M.D.; 12/22/2007 5:30 AM EST
Signed By: ███████ M.D.; 12/23/2007 10:40 PM EST; Author

SHIPKOVITZ, SAMUEL

2150 Pennsylvania Avenue, NW • Washington, DC 20037 • 202-741-3000

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | Civil Action No. 07-1053 (RCL) |
| ] | |
| WASHINGTON POST COMPANY, et al., ] | |
| ] | |
| Defendants. ] | |

## ORDER

UPON CONSIDERATION of "Plaintiff's Motion For Reconsideration of Order Dated January 9, 2008 and For Le:ave To File Supplement And Second Supplement to [Plaintiff's Response to Arlington Defendants' Motion To Dismiss Or Transfer], Docket Numbers 22 and 23, And For Extension Of Time to Respond to Arlington Defendants' Motion", any opposition thereto, and the record herein,

it is this ___ day of _____, 2008,
    HEREBY ORDERED
that said Motion of Plaintiff is GRANTED, and it is
    FURTHER ORDERED
that docket numbers 22 and 23 may be refiled if taken out, and it is
    STILL FURTHER ORDERED
that Plaintiff may have until February 12, 2008 to respond to the Arlington Defendants' Motion To Dismiss Or Transfer; and it is
    YET FURTHER ORDERED
that the WP Motion For Summary Judgment shall remain as filed, including as to the sealing of certain photos.

                                                                                          United States District Judge

Copies To:
Ara Tremblian, Esq.
Deputy County Attorney
2100 Clarendon Blvd., #403
Arlington, VA 22201

Jonathan Kravis, Esq.

Williams & Connolly
725 12th Street, N.W.
Washington, D.C. 20005

Samuel Shipkovitz
P.O. Box 2961
Arlington, VA 22202

Samuel Shipkovitz
5829 Nicholson Street
Pittsburgh, PA 15217