UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAMUEL SHIPKOVITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action # 07-1053 (RCL) |
| | ) |
| THE WASHINGTON POST COMPANY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

REPLY OF THE DEFENDANTS MARY CURTIUS AND LOUISE DIMATTEO
TO THE PLAINTIFF'S RESPONSE TO CURTIUS/DIMATTEO
MOTION TO DISMISS OR TO TRANSFER; F.R. Civ. R. 41

The Defendants Mary Curtius and Louise DiMatteo, by counsel, in reply to the Plaintiff's Response to Curtius/DiMatteo Motion to Dismiss or Transfer; F.R. Civ. R. 41 (which was filed by the Plaintiff on January 29, 2008), state that they do not object to the entry of the Order proposed by the Plaintiff, which dismisses this action against them.

                                                             MARY CURTIUS
                                                            LOUISE DIMATTEO

                                                             By Counsel

Stephen A. MacIsaac, County Attorney
D.C. Bar # 362530

/s/ Ara L. Tramblian
_____
Ara L. Tramblian, Deputy County Attorney
D.C. Bar # 468738
2100 Clarendon Boulevard, Suite 403
Arlington, Virginia 22201
(703) 228-3100
Counsel for the Defendants Curtius and DiMatteo

February 5, 2008

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via electronic filing, on:

    Kevin T. Bane, Esq.
    William & Connolly, LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005

and was mailed, first-class postage prepaid, to:

    Samuel Shipkovitz
    5829 Nicholson Street
    Pittsburgh, PA 15217

    Samuel Shipkovitz
    P.O. Box 2961
    Arlington, VA 22202

on February 5, 2008.

                                                /s/ Ara L. Tramblian