UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SAMUEL SHIPKOVITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1053 (RCL) |
| ) | |
| THE WASHINGTON POST COMPANY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon full consideration of the pending motions in this case, the parties' opposition and reply briefs, the entire record herein, and applicable law, it is hereby

ORDERED that plaintiff's complaint as to defendants Mary Curtius and Louise DiMatteo is DISMISSED without prejudice; it is further hereby

ORDERED that defendants Curtius and DiMatteo's motion [3] to dismiss or transfer venue is DENIED as moot; it is further hereby

ORDERED that plaintiff's motion [27] for reconsideration of the Court's Order [26] dated January 9, 2008 and for other relief is DENIED; it is further hereby

ORDERED that plaintiff's unopposed motion [32] for leave to file surreply to reply filed in support of defendants Washington Post Company, WP Company, LLC, and Brigid Schulte's motion for summary judgment is GRANTED.  The surreply shall be deemed filed as of this date; it is further hereby

ORDERED that Washington Post Company, WP Company, LLC, and Brigid Schulte's motion [15] for summary judgment is GRANTED.  Judgment is hereby entered in favor of said

defendants in this matter, thereby dismissing this case with prejudice as to said defendants.

    SO ORDERED.

Signed by Chief Judge Royce C. Lamberth, on August 19, 2008.